THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMANUEL DOLD, Appellant, against WALTER H. WILKINS, as Warden, Respondent.— Appellant's motion to dismiss appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MOSHER, Appellant.— Motion granted to prosecute appeal on one certified copy of judgment roll, five copies of typewritten briefs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WILSON and EDWARD GOSSLING, Appellants.— Motion granted and time for argument of appeal enlarged to include May 1960 Term of court, on condition that records and appellants' briefs are filed and served on or before March 28, 1960; and respondent's brief must be filed on or before April 14, 1960, if appeal is to be argued at May 1960 Term. See rule VIII of the rules of this court.